No. 14-1027

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | Appeal from the United States District Court for |
| ) | the Northern District of Illinois, |
| Plaintiff, ) | Eastern Division |
| v.     ) | |
| ) | CIVIL ACTION NO. 1:10-CV-8103 |
| CHAPTERHOUSE STUDIOS LLC, ) | |
| Defendant, ) | Hon. Matthew F. Kennelly |
| ) | |

## **DOCKETING STATEMENT PURSUANT TO CIRCUIT RULE 3(c)(1)**

Pursuant to Circuit Rule 3(c)(1), Defendant-Appellant Chapterhouse Studios LLC ("Chapterhouse"), by and through its attorney, files the following docketing statement:

### District Court Jurisdiction

Subject matter jurisdiction of this action was vested in the district court pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367(a). The complaint alleged copyright infringement under 17 U.S.C. § 101 *et seq.*; trademark infringement under 15 U.S.C. § 1114(1) and Illinois common law; use of false designations of origin under 15 U.S.C. § 1125(a); dilution under 15 U.S.C. § 1125(c) and 765 ILCS 1036/65; violation of the Illinois Deceptive Trade Practices Act under 815 ILCS 510/1 *et seq.*; violation of the Illinois Consumer Fraud and Deceptive Business Practices Act under 815 ILCS 505/2 *et seq.*; and unfair competition under Illinois common law.

### Appellate Court Jurisdiction

The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this case pursuant to 28 U.S.C. § 1291. The district court entered judgment as

to liability after a jury verdict on June 27, 2013. (Dkt. No. 403.) The parties both moved for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) on July 15, 2013. (Dkt. Nos. 408, 409.) The district court denied both motions on December 5, 2013, and also entered a permanent injunction that same day. (Dkt. Nos. 462, 465.) The parties entered into a joint stipulation relating to the injunction on December 13, 2013 (Dkt. No. 469.).

On January 6, 2014, as authorized by the Federal Rules of Appellate Procedure 4(a)(1)(A), Chapterhouse filed a timely Notice of Appeal (Dkt. No. 471) of (1) the Judgment in a Civil Action entered in this action on June 27, 2013 (Dkt. No. 403.), including all prior and underlying interlocutory orders; (2) the Order on Post-Trial Motions entered in this action on December 5, 2013 (Dkt. No. 462.); and (3) the Permanent Injunction entered in this action on December 5, 2013 (Dkt. No. 465.), as modified by the parties' joint Stipulation Regarding Disposition of Materials on December 13, 2013 (Dkt. No. 469.).

Prior or Related Appellate Proceedings

There are no prior or related appellate proceedings in this case.

Counsel of Record

Tyler G. Johannes shall be counsel of record in this appeal. His contact information is:

Tyler G. Johannes
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
T: (312) 558-5600
F: (312) 558-5700
tjohannes@winston.com


Dated: January 13, 2014         Respectfully Submitted,

                                By: /s/Tyler G. Johannes
                                William P. Ferranti
                                Tyler G. Johannes

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
T: (312) 558-5600
F: (312) 558-5700
bferranti@winston.com
tjohannes@winston.com

Donald R. Steinberg
Louis W. Tompros
Kevin A. Goldman
Elizabeth C. Mooney
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
don.steinberg@wilmerhale.com
louis.tompros@wilmerhale.com
kevin.goldman@wilmerhale.com
elizabeth.mooney@wilmerhale.com

*Attorneys for Defendant-Appellant*
*Chapterhouse Studios LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2014, a copy of the foregoing DOCKETING STATEMENT has been served on the parties listed below at the addresses shown by Federal Express and e-mail.

Jason J. Keener
Foley & Lardner LLP
321 N. Clark Street
Chicago, IL, 60654
T: (312) 832-4500
F: (312) 832-4700
jkeener@foley.com

Jonathan M. Moskin
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
T: (212) 682-7474
F: (212) 687-2329
jmoksin@foley.com


*Attorneys for Plaintiff-Appellee*


                                              By: /s/Tyler G. Johannes
                                              Tyler G. Johannes
                                              Winston & Strawn LLP
                                              35 West Wacker Drive
                                              Chicago, IL 60601
                                              T: (312) 558-5600
                                              F: (312) 558-5700
                                              tjohannes@winston.com

                                              *Attorney for Defendant-Appellant*
                                              *Chapterhouse Studios LLC*