**IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | Docket Nos. 14-1027 and 14-1118 |
| Plaintiff-Appellee, Cross-Appellant, | Appeals from the United States District Court for the Northern District of Illinois, |
| v. | Eastern Division. |
| CHAPTERHOUSE STUDIOS LLC, | Civil Action No. 1:10-cv-8103 |
| Defendant-Appellant, Cross-Appellee. | Hon. Matthew F. Kennelly |

**JOINT CONSENT MOTION TO VOLUNTARILY DISMISS APPEALS**

Pursuant to Federal Rule of Appellate Procedure 42(b), appellants and cross-appellants move the Court for an order dismissing the above-captioned appeals with prejudice. The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: November 14, 2014                                     Respectfully submitted,


s/ Jason Keener                                                         s/ Tyler Johannes
 Jason Keener                                                             Tyler Johannes
 FOLEY & LARDNER LLP                                         WINSTON & STRAWN LLP
 321 North Clark Street, Suite 2800                         35 West Wacker Drive
 Chicago, IL 60654                                                    Chicago, IL 60601
 Telephone: (312) 832-4500                                     Telephone: (312) 558-5600
 Facsimile: (312) 832-4700                                      Facsimile: (312) 558-5700
 Email: jkeener@foley.com                                      tjohannes@winston.com

 and                                                                             Donald R. Steinberg
                                                                                    Louis W. Tompros
 Jonathan E. Moskin                                                Kevin A. Goldman
 FOLEY & LARDNER LLP                                         Elizabeth C. Mooney
 90 Park Avenue                                                        WILMER CUTLER PICKERING HALE
 New York, New York 10016                                       AND DORR LLP

| | |
|---|---|
| Telephone: (212) 682-7474 | 60 State Street |
| Facsimile: (212) 687-3229 | Boston, Massachusetts 02109 |
| E-mail: jmoskin@foley.com | Telephone: (617) 526-6742 |
| | Facsimile: (617) 526-5000 |
| | Donald.steinberg@wilmerhale.com |
| | Louis.tompros@wilmerhale.com |
| | kevin.goldman@wilmerhale.com |
| | Elizabeth.mooney@wilmerhale.com |
| | |
| *Attorneys for Plaintiff-Appellee and Cross-Appellant Games Workshop Limited* | *Attorneys for Defendant-Appellant and Cross-Appellee Chapterhouse* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, a copy of the foregoing JOINT CONSENT MOTION TO VOLUNTARILY DISMISS APPEALS has been served on the parties listed below by CM/ECF.

>Jason J. Keener
>Foley & Lardner LLP
>321 N. Clark Street
>Chicago, IL, 60654
>T: (312) 832-4500
>F: (312) 832-4700
>jkeener@foley.com

*Attorneys for Plaintiff-Appellee and Cross-Appellant*

>By: s/Tyler G. Johannes
>Tyler G. Johannes
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601
>T: (312) 558-5600
>F: (312) 558-5700
>tjohannes@winston.com
>
>*Attorney for Defendant-Appellant and Cross-Appellee Chapterhouse Studios LLC*